# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-09-4342-TJH (PJW)                              Date: **January 28, 2009**

TITLE: *Jaspreet Singh Bains v. Eric Holder et al.,*
================================================================================
PRESENT:

**HON. PATRICK J. WALSH, MAGISTRATE JUDGE**

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Smart |

ATTORNEYS PRESENT FOR PETITIONER:          ATTORNEYS PRESENT FOR RESPONDENTS:

  None Present                               None Present

PROCEEDINGS: Status (In Chambers)

Before the Court is the status report filed by respondents on January 22, 2010.  (Docket No. 22.)  Petitioner was scheduled to be removed on January 21, 2010.  The removal was delayed, and is now scheduled for the second week of February.  The Court will stay deciding the merits of the petition.  Respondents are ordered to update the Court with the status of Petitioner by no later than **February 12, 2010.**


cc:

Jaspreet Singh Bains                    Jason K. Axe
A 95 454 375                            AUSA - Office of US Attorney
Mira Loma Detention Facility            Civil Division
45100 60th West                         300 N. Los Angeles St., Ste 7516
Lancaster, CA  3536                     Los Angeles, CA  90012

                                        Aaron Mitchell Fontana
                                        Lawrence Beach Allen & Choi PC
                                        100 West Broadway Suite 1200
                                        Glendale, CA  91210


S:\PJW\Cases-Federal Habeas\BAINS, J 4342\MO_status_2.wpd

**MINUTES FORM 90**                                Initials of Deputy Clerk   im
**CIVIL -- GEN**