UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPREET SINGH BAINS,<br><br>        Petitioner,<br><br>        v.<br><br>ERIC HOLDER, et al.,<br><br>        Respondents. | CASE NO. CV 09-4342-TJH (PJW)<br><br>[~~PROPOSED~~] ORDER DISMISSING HABEAS CORPUS PETITION AS MOOT |

    On June 17, 2008, Petitioner Jaspreet Singh Bains, a native and citizen of India who was in custody awaiting his removal from the United States, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the length of his detention.  On February 10, 2010 Petitioner was removed from the United States.  (Exh. A of Axe Decl.)  Respondents argue that Petitioner's removal renders the petition moot.  For the following reasons, the Court agrees.

    The removal of a habeas petitioner from the United States renders his petition moot, unless there are collateral consequences stemming from his removal that can be cured through the habeas proceedings.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  While Petitioner's removal may have collateral consequences, such as a bar to his re-entry in the future, those consequences cannot be remedied by this Court in the context of his habeas petition

challenging the length of his detention. Petitioner's deportation has "cured" his complaints about the length of his detention, leaving nothing left for the Court to do. *Abdala*, 488 F.3d at 1065. For this reason, the petition is dismissed as moot.

IT IS SO ORDERED.

DATED: February 24, 2010

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesE1EF34\LA09CV04342TJH-J&O.wpd