UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASPREET SINGH BAINS, | ) | CASE NO. CV 09-4342-TJH (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| ERIC HOLDER, et al., | ) | |
| Respondent. | ) | |

The matter having been rendered moot by the removal of Petitioner from the United States, it is hereby adjudged that the petition be DISMISSED.

DATED: February 24, 2010

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT COURT JUDGE

C:\Temp\notesE1EF34\LA09CV04342TJH-J&O.wpd